UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN
DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| PATRICK STINNETT., an individual and ETHEL LEE, an individual<br><br>   Plaintiff,<br><br>vs.<br><br>ABBVIE, INC., and ABBOTT LABORATORIES, INC.,<br><br>   Defendants. | **STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Action No.: 1:15-cv-01801 |

**This document relates to Case No. 1:15-cv-01801,** *Patrick Stinnett., et al. v. AbbVie, Inc., et al.*

**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed that the above-captioned case be dismissed without prejudice, with each party to bear its own costs and fees.

**IT IS SO STIPULATED:**

Dated: September 13, 2017

           /s/ David Markevitch
           David Markevitch
           KAISER GORNICK LLP
           950 Tower Lane, Suite 925
           Foster City, CA 94404
           Tel: (415) 857-7400
           Fax: (415) 857-7499
           dmarkevitch@kaisergornick.com

           *Attorney for Plaintiffs*

Dated: September 13, 2017    /s/ Michelle H. Yeary
Michelle H. Yeary
Dechert LLP
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 955-3277
Fax: (609) 955-3259
michelle.yeary@dechert.com

*Attorney for Defendants AbbVie, Inc. and Abbot Laboratories, Inc.*

## **CERTIFICATE REGARDING SIGNATURE ON STIPULATION**

    I hereby certify that I have express permission from Michelle H. Yeary, Esq. of Dechert LLP, counsel of record for defendants in this case, to file this document with Ms. Yeary's electronic signature.

                                                    By:    /s/ David Markevitch
                                                                    David Markevitch

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2017 I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

                                          By:   /s/ David Markevitch
                                                         David Markevitch